1  JEFFRY K. FINER, WSBA #14610
2  CENTER FOR JUSTICE
   35 West Main Street, Suite 300
3  Spokane, WA 99201
   (509) 835-5211
4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE EASTERN DISTRICT OF WASHINGTON

7  RAFAEL MERCADO,                )
                                   )
8              Individually        )
   DINORA MERCADO,                 )
9              Individually        )
   L.M.,                           )
10                                 )   Case No.:  CV-08-174-LRS
               Individually        )
11 L.M.,                           )
                                   )
12             Individually,       )
                                   )
13             Plaintiffs'         )
                                   )
14      vs.                        )
                                   )   ORDER RE MOTION TO DISMISS
   DOUGLAS COUNTY, A Municipal     )
15 Corporation, et. al.,           )
                                   )
16                                 )
   CHELAN COUNTY, A Municipal      )
17 Corporation, et. al.,           )
                                   )
18             Defendants.         )

19      THIS MATTER having come on before this Court on the Motion to Dismiss

20 Douglas County, et. al., and no opposition to the motion having been filed herein,
21
   NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED
22
   that the Motion to Dismiss Douglas County, Sheriff Harvey Gjesdal, Deputy Rich
23
24 Poppie, and Deputy Gary Cooper is granted (Ct. Rec. 26).  These defendants are

25 dismissed from this action without prejudice.

ORDER RE MOTION TO DIMISS                          **Center For Justice**
 - 1                                               35 W. Main, Suite 300
                                                   Spokane, WA 99201
                                                   Telephone:  (509) 835-5211
                                                   Fax:  (509) 835-3867

1     Dated this 8th day of June, 2009.

2

3                                                 s/Lonny R. Suko
                                          _____
4                                         U.S. DISTRICT COURT JUDGE
                                          Lonny R. Suko
5

6

7  _____

8

9  _____

10

11

12 _____

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER RE MOTION TO DIMISS
- 2

Center For Justice
35 W. Main, Suite 300
Spokane, WA 99201
Telephone: (509) 835-5211
Fax: (509) 835-3867